UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
6·5·13
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

SHAWN CURTIS ROBINSON

CASE NO.   3:13-cr-114-J-99mmH-JBT
Ct. 1:     18 U.S.C. §§ 922(g)(1)
           and 924(a)(2)
Ct. 2:     21 U.S.C. §§ 841(a)(1)
           and 841(b)(1)(C)
Ct. 3:     18 U.S.C. § 924(c)(1)
Forfeiture: 21 U.S.C. § 853
           18 U.S.C. § 924(d) and
           28 U.S.C. § 2461(c)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about January 24, 2013, in Duval County, in the Middle District of

Florida,

SHAWN CURTIS ROBINSON,

the defendant herein, did knowingly possess and in affecting commerce,

firearms, that is:

1.    A Hi Point, 9mm pistol, serial number 015731;

2.    A Glock, .40 caliber pistol, serial number SCF571;

3.    An Izhmash, .223 caliber rifle, serial number H03161881;

4.    A Mossberg, 12 gauge shotgun, serial number R963472;

5.    A Calico, 9mm pistol, serial number I007294; and

6.    A Remington, 20 gauge shotgun, serial number obliterated;

after having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Sale, Manufacture, or Deliver, or Possession with Intent to Sell, Manufacture, or Deliver a Controlled Substance, in Case Number 16-2009-CF-013187-AXXX-MA, in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, on or about November 13, 2009.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

On or about January 24, 2013, in Duval County, in the Middle District of Florida,

### SHAWN CURTIS ROBINSON

the defendant herein, did knowingly and intentionally possess with intent to distribute cocaine base, commonly known as "crack cocaine," a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

2

## COUNT THREE

On or about January 24, 2013, in Duval County, in the Middle District of Florida,

### SHAWN CURTIS ROBINSON,

the defendant herein, did knowingly possess, a firearm, in furtherance of a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), as alleged in Count Two above, which allegations the Grand Jury reallege and incorporate by reference herein, a drug trafficking crime for which the defendant may be prosecuted in a Court of United States.

All in violation of Title 18, United States Code, Section 924(c).

## FORFEITURE

1.     The allegations contained in Counts One, Two and Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Section 853; and/or Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.     The defendant, SHAWN CURTIS ROBINSON, upon conviction of a violation of Title 21, United States Code, Section 841, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or

3

indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

3.      The defendant, SHAWN CURTIS ROBINSON, upon conviction of a violation of Title 18, United States Code, Sections 924(c) and/or 924(d), shall forfeit to the United States, under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

4.      The property to be forfeited includes, but is not limited to, the following:

   a.      A Hi Point, 9mm pistol, serial number 015731;

   b.      A Glock, .40 caliber pistol, serial number SCF571;

   c.      An Izhmash, .223 caliber rifle, serial number H03161881;

   d.      A Mossberg, 12 gauge shotgun, serial number R963472;

   e.      A Calico, 9mm pistol, serial number I007294;

   f.      A Remington, 20 gauge shotgun, serial number obliterated; and

   g.      111 rounds of assorted ammunition.

5.      If any of the property described above, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

4

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be
              divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

under the provisions of Title 21, United States Code, Section 853(p) and/or Title

21, United States Code, Section 853(p), and/or Title 21, United States Code,

Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

Foreperson

ROBERT E. O'NEILL
United States Attorney

By:   FRANK TALBOT
       Assistant United States Attorney

By:   JULIE HACKENBERRY SAVELL
       Assistant United States Attorney
       Chief, Jacksonville Division

5

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

## THE UNITED STATES OF AMERICA

v.

## SHAWN CURTIS ROBINSON

### INDICTMENT

Violations:
Ct. 1:   18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Ct. 2:   21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)
Ct. 3:   18 U.S.C. § 924(c)(1)

A true bill,

_____
Foreperson

Filed in open court this day 5th

of June, A.D. 2013

Megan. D. Chaddock
Deputy Clerk

Bail  $_____