UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

SHAWN CURTIS ROBINSON

Case Number: 3:13-cr-114-J-34JBT

USM Number: 58981-018

James A. Hernandez, CJA
Suite 500
118 W. Adams St.
Jacksonville, FL 32202

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to the allegations charged in Paragraphs Two and Four of the Petition. The allegations charged in Paragraphs One and Three of the Petition were dismissed at the request of the United States. Accordingly, the Court has adjudicated that the defendant is guilty of these violations:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| Two | Positive urinalysis for cocaine | April 15, 2019 |
| Four | Failure to comply with the Home Detention Program | April 14, 2019 |

The defendant is sentenced as provided in the following page of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence:

September 18, 2019

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

September 19, 2019

**Shawn Curtis Robinson**
3:13-cr-114-J-34JBT

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **EIGHTEEN (18) MONTHS**.

The Court makes the following recommendations to the Bureau of Prisons:
- Incarceration at the facility located in Jesup, Georgia.
- Defendant receive credit for all time spent in custody while awaiting sentencing that is not credited to any other sentence.
- Defendant participate in any educational and vocational programs available.
- Defendant participate in any substance abuse treatment programs available.

It is **FURTHER ORDERED** that upon release from imprisonment, Defendant is discharged from further jurisdiction of the Court in this case. However, Defendant shall cooperate in the collection of DNA.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy United States Marshal

AO 245D (Rev. 02/18) Judgment in a Criminal Case for Revocations